# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:20-CR-00048** |
| **VERSUS** | **JUDGE JUNEAU** |
| **JEROME JACKSON (07)**<br>**ASHLEY SIAS (12)** | **MAGISTRATE JUDGE HANNA** |

## MINUTES OF COURT:
### Garcia Hearing

| | | | |
|---|---|---|---|
| Date: | February 5, 2021 | Presiding: | Magistrate Judge Patrick J. Hanna |
| Court Opened: | 10:30 AM | Courtroom Deputy: | Evelyn Alexander |
| Court Adjourned: | 11:10 AM | Court Reporter: | Cathleen Marquardt |
| Statistical Time: | :25 | Courtroom: | CR1 |

### APPEARANCES

| | | |
|---|---|---|
| Robert Chase Abendroth (AUSA) | For | United States of America |
| Michael Noel Antoon (CJA)<br>Jerome Jackson (07), Defendant | For | Jerome Jackson (07), Defendant<br>(IN CUSTODY) |
| Harold Dewey Register III (CJA)<br>Ashley Sias (12), Defendant | For | Ashley Sias (12), Defendant<br>(IN CUSTODY) |
| Danielle Cyriaque Claiborne (CJA), standby counsel | For | Ashley Sias (12), Defendant |

### PROCEEDINGS

Defendants Appeared with Counsel
Defendants Sworn
Defendants Advised of Charges, Maximum Penalties & Rights
Argument from the government heard
Argument from defense counsel heard

Garcia Hearing Held

The Court ordered that the transcript of this proceeding be SEALED

### RULING:

The Court finds defendants, Ashley Sias and Jerome Jackson**,** is competent to proceed, understands their rights and the crimes with which they have been charged and the maximum possible penalty.

After hearing the testimony presented, the Court further finds that the defendants understand the potential conflict which exists.  However, the Court does not accept the defendants' waivers of conflict to the extent the potential conflict becomes an actual conflict, whether in the context of plea negotiations or potential witnesses.

The Motion for Harold D Register, III to Enroll as Counsel filed by Jerome Jackson (7) is DENIED.

A separate Order by the Court will issue in due course.