UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 6:20-CR-00048 |
| VERSUS | JUDGE HICKS |
| JEROME JACKSON | MAGISTRATE JUDGE HANNA |

## NOTICE OF APPEAL

NOW INTO COURT, comes the Defendant Jerome Jackson, who hereby gives notice that he appeals to the United States Court of Appeals for the Fifth Circuit, the Trial Court's December 6, 2022, ruling on the defendant's objections to the Pre-sentence report.

Respectfully submitted,

**s/ HARRY DANIELS, III**
Harry Daniels, III
La. Bar Roll No.  31121
Daniels & Washington, LLC
38167 Post Office Road
Prairieville, Louisiana  70
Telephone:  (225) 346-6280
Facsimile:  (225) 208-1567
harrydanielsiii@gmail.com

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 6:20-CR-00048** |
| **VERSUS** | **JUDGE HICKS** |
| **JEROME JACKSON** | **MAGISTRATE JUDGE HANNA** |

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2022, a copy of the foregoing Motion was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

　_/s/ Harry Daniels III_
**Harry Daniels III**

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL NO. 6:20-CR-00048 |
|---|---|
| VERSUS | JUDGE HICKS |
| JEROME JACKSON | MAGISTRATE JUDGE HANNA |

## ORDER

Pursuant to the foregoing motion, Jerome Jackson's Notice of Intent to Appeal is accepted and filed into the record.

Thus ordered at Lafayette, Louisiana, this _____ day of \_\_\_\_, 2022.

_____
DISTRICT COURT JUDGE